**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| MARLENE BURRELL-MOYE | * | Case No.: 07-18376-DK |
| | * | |
| Debtor | * | Chapter 13 |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**LINE OF NO OBJECTION TO MOTION**

Gerard R. Vetter, Chapter 13 Trustee, states that he has no objection to the Debtor's Motion to Modify Plan (Document No. 62), filed on April 30, 2009.

Date: June 22, 2009

/s/ Gerard R. Vetter
Gerard R. Vetter, Chapter 13 Trustee
100 S. Charles Street, Suite 501
Tower II
Baltimore, MD 21201
Phone: (410) 400-1333
Fax: (410) 400-1301
E-mail: marthat@grvch13.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2009, to the extent that the following persons were not served electronically via the CM/ECF system, I caused a copy of the paper above referenced to be sent, by First Class U.S. Mail, postage prepaid to:

Marlene Burrell-Moye
3515 0ld Mill Road
Gwynn Oak, Md 21207

Jeffrey M. Sirody
1777 Reisterstown Road
Suite 360 E.
Baltimore, Md 21208   Counsel for Debtor

/s/ Gerard R. Vetter
Gerard R. Vetter